# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD CABRERA                                 Case Number: 07-71804
       789 KINGSTON LANE         SSN-xxx-xx-2148
       CRYSTAL LAKE, IL  60014

                                                       Case filed on:    7/30/2007
                                                       Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | CITIMORTGAGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY PAUL M BACH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HAUSELMAN, RAPPIN & OLSWANG | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | EQUIFAX INFORMATION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | TELECHECK RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | RICHARD CABRERA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CITIMORTGAGE, INC. | 34,962.49 | 34,000.00 | 0.00 | 0.00 |
| 004 | NUVELL FINANCIAL SERVICES CORP | 5,357.99 | 3,000.00 | 0.00 | 0.00 |
|  | Total Secured | 40,320.48 | 37,000.00 | 0.00 | 0.00 |
| 004 | NUVELL FINANCIAL SERVICES CORP | 0.00 | 235.80 | 0.00 | 0.00 |
| 005 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FIRST MIDWEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | JANET CABERA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE AUTO FINANCE | 10,095.78 | 1,009.58 | 0.00 | 0.00 |
|  | Total Unsecured | 10,095.78 | 1,245.38 | 0.00 | 0.00 |
|  | Grand Total: | 50,416.26 | 38,245.38 | 0.00 | 0.00 |

Total Paid Claimant:      $0.00
Trustee Allowance:        $0.00         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00          discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                          /s/ Lydia S. Meyer
                                         Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 11/30/2007          By  /s/Heather M. Fagan